# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

2:05 pm, Mar 27 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.   1:24-mj-00418
The Google LLC account described in Attachment A1 )
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A1

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 2251(a), 2422 (b), 2252A(a)(2), 2252A(a)(5) (B) | Sexual exploitation of children, Online coercion and enticement of a minor, Distribution and receipt of child pornography, Possession of child pornography |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Rachel S Corn*
Applicant's signature

Rachel S. Corn, SA FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 2/16/2024

[signature]
*Judge's signature*

City and state: Baltimore, Maryland     Erin Aslan, United States Magistrate Judge
*Printed name and title*

